1 McGREGOR W. SCOTT
United States Attorney
2 JEFFREY A. SPIVAK
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-PO-00235-SAB |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS; ORDER |
| v. | |
| DRISS BABRAIM, | |
| Defendant. | |

The United States moves to dismiss citation #9073240 (and this case 1:19-po-00235-SAB) without prejudice in the interest of justice.

Dated: November 27, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

MOTION TO DISMISS; ORDER

1

**ORDER**

It is so ORDERED.

IT IS SO ORDERED.

Dated: **November 27, 2019**

_____
UNITED STATES MAGISTRATE JUDGE